UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC J. NEVELS,

        Plaintiff,

   v.

ROMMEL SORIANO, et al.,

        Defendants.

Case No. 24-cv-01578-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Eric J. Nevels has not filed an amended complaint by the deadline imposed by an Order dismissing the complaint with leave to amend. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the instructions in my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Nevels may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint which appears on this Court's form and which complies with the instructions in the Order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 15, 2024

_____
WILLIAM H. ORRICK
United States District Judge